# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kimberly Barnes<br>        David E. Barnes dba That Bounce Place, LLC<br>                        Debtors | CHAPTER 7 |
| Quicken Loans Inc., its successors and/or assigns<br>                        Movant<br>            vs. | |
| Kimberly Barnes<br>David E. Barnes dba That Bounce Place, LLC<br>                        Debtors | NO. 16-13946 ELF |
| Christine C. Shubert Esq.<br>                        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Quicken Loans Inc., which was filed with the Court on or about February 13, 2017.

                                    Respectfully submitted,

                                    **/s/ Denise Carlon, Esquire**
                                    Denise Carlon, Esquire
                                    Thomas I. Puleo, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106

March 6, 2017