United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David E. Barnes  
Kimberly A. Barnes  
        Debtors

Case No. 16-13946-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 18, 2017  
                        Form ID: 211       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
```
jdb            +Kimberly A. Barnes,    830 S. Locust Street,    Elizabethtown, PA 17022-2719
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2017 02:39:09      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of Plaintiff Andrew R. Vara, Acting United States Trustee
               dave.p.adams@usdoj.gov
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              JESSICA M. GULASH    on behalf of Creditor    North Park Road Associates, L.P. jgulash@lbmlaw.com
              PAUL C. BAMETZREIDER    on behalf of Joint Debtor Kimberly A. Barnes paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              PAUL C. BAMETZREIDER    on behalf of Defendant Kimberly A. Barnes paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              PAUL C. BAMETZREIDER    on behalf of Defendant David E. Barnes paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              PAUL C. BAMETZREIDER    on behalf of Debtor David E. Barnes paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                             Chapter: 7

    David E. Barnes and Kimberly A. Barnes

Debtor(s)                                                                                                 Case No: 16–13946–elf

___

*ORDER*

    AND NOW, 9/18/17 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have until 10/2/17 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                                       For The Court

                                                                                       Eric L. Frank

                                                                                       Chief Judge ,United States Bankruptcy Court