United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Barnes
    Debtor

Case No. 16-13946-elf
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Oct 17, 2017 |
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
jdb         +Kimberly A. Barnes,   830 S. Locust Street,   Elizabethtown, PA 17022-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
         CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
         CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
         DAVE P. ADAMS   on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
         DAVE P. ADAMS   on behalf of Plaintiff Andrew R. Vara, Acting United States Trustee dave.p.adams@usdoj.gov
         DENISE ELIZABETH CARLON   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
         JESSICA M. GULASH   on behalf of Creditor   North Park Road Associates, L.P. jgulash@lbmlaw.com
         PAUL C. BAMETZREIDER   on behalf of Defendant Kimberly A. Barnes paulb@reillywolfson.com, bhaase@reillywolfson.com
         PAUL C. BAMETZREIDER   on behalf of Defendant David E. Barnes paulb@reillywolfson.com, bhaase@reillywolfson.com
         PAUL C. BAMETZREIDER   on behalf of Joint Debtor Kimberly A. Barnes paulb@reillywolfson.com, bhaase@reillywolfson.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Kimberly A. Barnes  : Case No. 16–13946–elf

      Debtor(s)

***ORDER***
_____

AND NOW, this day , 17th day of October, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

43
Form 195