United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly A. Barnes
    Debtor

Case No. 16-13946-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Oct 17, 2017
                        Form ID: 318JO2     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
```
jdb             +Kimberly A. Barnes,    830 S. Locust Street,    Elizabethtown, PA 17022-2719
13737921        +Capital One, N.A.,    P.O. Box 71087,    Charlotte, NC 28272-1087
13737922       #+Lawrence E. Barnes,    391 E. Grand Street-Rear,    Nanticoke, PA 18634-2924
13737923        +Mariner Finance,    P.O. Box 35394,    Baltimore, MD 21222-7394
13737924        +Mastercard Carnival,    Card Service,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13737925        +Members 1st,    5211 Simpson Ferry Road,    Mechanicsburg, PA 17050-3515
13737926        +North Park Road Associates, L.P.,    c/o Jessica M. Gulash, Esq.,
                  450 N. Nartberth Ave, Suite 200,    Narberth, PA 19072-1822
13737927        +Quicken Loan,    P.O. Box 6577,    Carol Stream, IL 60197-6577
13737929        +Wilmington Finance,    Division of AIG FSB,    401 Plymouth Rd, Ste 400,
                  Plymouth Meeting, PA 19462-1645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:42:08     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:41:26
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2017 01:41:53     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13737920        +EDI: GMACFS.COM Oct 18 2017 01:23:00     Ally,    P.O. Box 9001951,    Louisville, KY 40290-1951
13755224         EDI: RECOVERYCORP.COM Oct 18 2017 01:23:00     Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13737928        +EDI: WTRRNBANK.COM Oct 18 2017 01:23:00     Target Card Services,    P.O. Box 660170,
                  Dallas, TX 75266-0170
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          DAVE P. ADAMS    on behalf of Plaintiff Andrew R. Vara, Acting United States Trustee
           dave.p.adams@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          JESSICA M. GULASH    on behalf of Creditor    North Park Road Associates, L.P. jgulash@lbmlaw.com
          PAUL C. BAMETZREIDER    on behalf of Defendant Kimberly A. Barnes paulb@reillywolfson.com,
           bhaase@reillywolfson.com
          PAUL C. BAMETZREIDER    on behalf of Defendant David E. Barnes paulb@reillywolfson.com,
           bhaase@reillywolfson.com
          PAUL C. BAMETZREIDER    on behalf of Joint Debtor Kimberly A. Barnes paulb@reillywolfson.com,
           bhaase@reillywolfson.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2           Date Rcvd: Oct 17, 2017
                              Form ID: 318JO2           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kimberly A. Barnes** | Social Security number or ITIN   **xxx–xx–6512** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **16–13946–elf** | | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

10/17/17                                                       **By the court:**   Eric L. Frank
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**